# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **RONALD ROBBINS,** <br><br> **Plaintiff,** <br><br> v. <br><br> **PHH MORTGAGE SERVICES *et. al.*,** <br><br> **Defendants.** | Civil Action No.   3:23-cv-440-DJH |

## NOTICE OF REMOVAL

**TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY**

Pursuant 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, PHH Mortgage Corporation, d/b/a PHH Mortgage Services (erroneously sued as "PHH Mortgage Services") ("PHH") hereby removes this action from the Circuit Court of Jefferson County, Kentucky, to the United States District Court for the Western District of Kentucky, and states as follows for its Notice of Removal. Removal is proper because this Court has subject matter jurisdiction over this action under federal question jurisdiction pursuant to 28 U.S.C. § 1331. Accordingly, PHH removes this action to this Court:

### I.   INTRODUCTION

1. On July 18, 2023, Plaintiff Ronald Robbins ("Plaintiff") filed a Complaint against PHH and other defendants in the Circuit Court of Jefferson County, Kentucky, styled *Ronald Robbins v. PHH Mortgage Services, et. al.*, Case No. 23-CI-004335 (the "Action"). A list of all documents being filed with this action is attached hereto as **Exhibit A**; a copy of the Complaint and Summons are attached hereto as **Exhibit B,** and a copy of the Circuit Court case docket and

161635360v1

remaining case file are attached hereto as **Exhibit C**. Upon information and belief, the documents contained within Exhibit B and Exhibit C are all that is currently on record with the state court. As of the date of this filing, there were no other documents filed on the docket in this case for the Circuit Court of Jefferson County, Kentucky.

2. Plaintiff served PHH with a copy of the Summons and Complaint on July 25, 2023. Accordingly, the Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

3. In the Complaint, Plaintiff alleges causes of action for violation of the Fair Credit Reporting Act (FCRA), 15 U.S.C. §1681 *et seq*.

4. PHH denies the allegations in the Complaint, denies that Plaintiff has stated a claim for which relief can be granted, and denies that Plaintiff has been damaged in any manner whatsoever. Nevertheless, assuming for jurisdictional purposes only that Plaintiff's claims are valid, Plaintiff could have originally filed the Complaint in this Court under federal question jurisdiction because Plaintiff asserts claims under the FCRA.

## II.    GROUNDS FOR REMOVAL

5. This case is removable pursuant to the Court's federal question jurisdiction. Under 28 U.S.C. § 1331, district courts have original jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States."

6. Plaintiff's Complaint alleges violations of the FCRA, 15 U.S.C. §1681 *et seq*.

7. This Court has original jurisdiction over the present lawsuit pursuant to 28 U.S.C. § 1331 because Plaintiff alleges PHH violated the laws of the United States. Plaintiff admits this in his Complaint. *See* Complaint.

8. Co-defendants Equifax Information Services, LLC, TransUnion LLC, and Experian Information Solutions, Inc., all consent to the removal of this action to this Court. *See* Co-Defendants Consent, attached hereto as **Exhibit D**.

### III. VENUE

9. Venue is proper in this Court because this District and Division encompass the Circuit Court of Jefferson County, Kentucky, the forum from which the case has been removed. *See* 28 U.S.C. § 1441.

### IV. NOTICE

10. Pursuant to 28 U.S.C. § 1446(d), and concurrent with filing this Notice of Removal, PHH will file a Notice of Filing Notice of Removal with the Clerk of the Circuit Court of Jefferson County, Kentucky and will attach a copy of this Notice of Removal thereto. A copy of the Notice of Filing Notice of Removal (without its exhibits) is attached hereto as **Exhibit E**.

11. Upon information and belief, the contents of **Exhibits B** and **Exhibit C** constitute the entire file of the action pending in the state court as required pursuant to 28 U.S.C. § 1446(a).

12. PHH reserves the right to amend this Notice of Removal.

13. By removing the case to this Court, PHH does not waive any defenses, objections, or motions available to it under applicable law. In particular, PHH expressly reserves the right to move for dismissal pursuant to Fed. R. Civ. P. 12.

14. If any questions arise as to the propriety of the removal of this action, PHH requests the opportunity to present a brief and argument in support of its position that this case is removable.

WHEREFORE, having met all the requirements for removal under 28 U.S.C. §§ 1441 and 1446, including all the jurisdictional requirements of 28 U.S.C. § 1331, Defendant, PHH hereby removes this action from Circuit Court of Jefferson County, Kentucky to the United States District Court for the Western District of Kentucky and seeks whatever further relief this Court deems equitable and just.

Dated: August 24, 2023

Respectfully submitted,

*/s/ Jonathan M. Kenney*
Jonathan M. Kenney (Kentucky Bar No. 95661)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7529
Facsimile: (757) 687-7510
E-mail: jonathan.kenney@troutman.com

*Counsel for Defendant PHH Mortgage Corporation, d/b/a PHH Mortgage Services*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August 2023, a true and correct copy of the foregoing was sent via regular U. S. Mail, postage prepaid, to the following:

David Hemminger, Esq.
Emily H. Funk, Esq.
Hemminger Law Office, P.S.C.
331 Townepark Circle, Suite 100-C
Louisville, KY 40202
*Counsel for Plaintiff*

TransUnion LLC
c/o Terri R. Brown, Esq.
555 W. Adams Street
Chicago, IL 60661

John M. Williams, Esq.
Williams Kilpatrick, PLLC
3151 Beaumont Centre Circle, Suite 375
Lexington, KY 40513
*Counsel for Equifax*

Christopher P. Farris, Esq.
Billings Law Firm, PLLC
145 Constitution Street
Lexington, KY 40507-2112
*Counsel for Experian*

                                              */s/ Jonathan M. Kenney*
                                              Jonathan M. Kenney (Kentucky Bar No. 95661)

                                              *Counsel for Defendant PHH Mortgage*
                                              *Corporation, d/b/a PHH Mortgage Services*