UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

RONALD ROBBINS,     Plaintiff,

v.     Civil Action No. 3:23-cv-440-DJH-RSE

PHH MORTGAGE SERVICES et al.,     Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Ronald Robbins having filed a notice of voluntary dismissal with prejudice as to Defendant PHH Mortgage Services (Docket No. 11), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Robbins's claims against PHH Mortgage Services are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate PHH Mortgage Services as a defendant in the record of this matter.

This Order does not affect Robbins's claims against any other defendant.

October 26, 2023

                                        David J. Hale, Judge
                                    United States District Court