UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

RONALD ROBBINS,                                                                                                  Plaintiff,

v.                                                                                   Civil Action No. 3:23-cv-440-DJH-RSE

PHH MORTGAGE SERVICES et al.,                                                                         Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Ronald Robbins having filed a notice of voluntary dismissal with prejudice as to Defendants Trans Union, LLC and Experian Information Solutions, Inc. (Docket No. 14), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Robbins's claims against Trans Union and Experian are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Trans Union, LLC and Experian Information Solutions, Inc. as defendants in the record of this matter.

This Order does not affect Robbins's claims against any other defendant.

November 21, 2023

David J. Hale, Judge
United States District Court

1