UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

RONALD ROBBINS,     Plaintiff,

v.     Civil Action No. 3:23-cv-440-DJH-RSE

PHH MORTGAGE SERVICES et al.,     Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Ronald Robbins and Defendant Equifax Information Services, LLC having filed an agreed order of dismissal with prejudice (Docket No. 16), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     Robbins's claims against Equifax are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Equifax Information Services, LLC as a defendant in the record of this matter.

(2)     All claims having been resolved (*see* D.N. 15; D.N. 13), this matter is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

December 11, 2023

David J. Hale, Judge
United States District Court